

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00568-CV

Marisol **QUIROZ** and Christopher Robles,
Appellants

v.

Stephanie Reyner **FLORES**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVT-001327-D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  November 25, 2015

DISMISSED

Appellants Marisol Quiroz and Christopher Robles have filed a Notice of Nonsuit With Prejudice. In their "notice," appellants state that they no longer wish to pursue their lawsuit against appellee and request that this court dismiss this appeal. We construe this "notice" as a motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.1(a). The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellants. *See id.* 42.1(d).

PER CURIAM